# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBROSIO ROUSE, Ph.D, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 06cv0566 |
| | ) | |
| II-VI INCORPORATED; | ) | |
| BRUCE GLICK, individually; | ) | |
| CSABA SZELES, individually; | ) | |
| KERRY COURTNEY, individually; | ) | |
| CARL JOHNSON, individually; | ) | |
| MARLENE ACRE, individually; and | ) | |
| FRANCIS KRAMER, individually, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Presently before the Court for disposition is the MOTION FOR SANCTIONS filed by Defendants (*Document No. 72*) and BRIEF IN OPPOSITION, filed by Plaintiff, Ambrosio Rouse, Ph.D., pro se *(Document No. 73)*.

While the Court recognizes that Plaintiff's Motion to Strike was found to be without merit, the Court does not find that it was "frivolous" and does not find that Plaintiff has abused the federal court system in a manner that would warrant sanctions. Therefore, Defendants' request will be denied.

So **ORDERED** this 11th day of February, 2008.

                                                                      BY THE COURT:

                                                                       s/Terrence F. McVerry
                                                                       United States District Court Judge

cc:  Ambrosio Rouse
2770 St. Andrews Square
Apt #2117
Allison Park, PA 15101

Beverly A. Block, Esquire
Sherrard, German & Kelly, P.C.
Email: bab@sgkpc.com

Samuel J. Pasquarelli, Esquire
Sherrard, German and Kelly
Email: sjp@sgkpc.com